# EXHIBIT A


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Nov 15 04:35:46 EST 2011

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SOUTH BY SOUTHWEST |
| **Goods and Services** | IC 041. US 100 101 107. G & S: educational and entertainment services, namely conducting conferences, festivals and seminars in the fields of music, film, video, computer and multimedia. FIRST USE: 19870130. FIRST USE IN COMMERCE: 19870130 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75090500 |
| **Filing Date** | April 18, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 8, 1999 |
| **Registration Number** | 2273216 |
| **Registration Date** | August 31, 1999 |
| **Owner** | (REGISTRANT) SXSW, Inc. CORPORATION TEXAS P.O. Box 4999 Austin TEXAS 78765 |
| **Attorney of Record** | Shannon T. Vale |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20081011. |
| **Renewal** | 1ST RENEWAL 20081011 |
| **Live/Dead Indicator** | LIVE |

 United States Patent and TRADEMARK Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Nov 15 04:35:46 EST 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## SOUTH BY SOUTHWEST

| | |
|---|---|
| **Word Mark** | SOUTH BY SOUTHWEST |
| **Goods and Services** | IC 043. US 100 101. G & S: Providing food and drink; making reservations for others for temporary lodging accommodations; providing a website for booking temporary lodging; providing a website featuring information on hotel and temporary accommodations for travel; catering services; providing banquet and social function facilities; provision of conference and meeting facilities. FIRST USE: 19870130. FIRST USE IN COMMERCE: 19870130 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77705776 |
| **Filing Date** | April 2, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 11, 2009 |
| **Registration Number** | 3765211 |
| **Registration Date** | March 23, 2010 |
| **Owner** | (REGISTRANT) SXSW, Inc. CORPORATION TEXAS P.O. Box 4999 Austin TEXAS 78765 |
| **Attorney of Record** | Shannon T. Vale, Alison Davis Frey |

| | |
|---|---|
| **Prior Registrations** | 2043596;2273216 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Nov 15 04:35:46 EST 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SXSW |
| **Goods and Services** | IC 041. US 100 101 107. G & S: educational and entertainment services, namely conducting conferences, festivals and seminars in the fields of music, film, video, computer and multimedia. FIRST USE: 19870130. FIRST USE IN COMMERCE: 19870130 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75090634 |
| **Filing Date** | April 18, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 17, 1996 |
| **Registration Number** | 2043596 |
| **Registration Date** | March 11, 1997 |
| **Owner** | (REGISTRANT) SXSW, Inc. CORPORATION TEXAS P.O. Box 4999 Austin TEXAS 78765 |
| **Attorney of Record** | Shannon T. Vale |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070521. |
| **Renewal** | 1ST RENEWAL 20070521 |
| **Live/Dead Indicator** | LIVE |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Nov 15 04:35:46 EST 2011

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SXSW |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: All purpose sports bags. FIRST USE: 19990201. FIRST USE IN COMMERCE: 19990201 |
| | IC 025. US 022 039. G & S: T-shirts, tank tops, and hats. FIRST USE: 19870315. FIRST USE IN COMMERCE: 19870315 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76102572 |
| **Filing Date** | August 2, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 28, 2001 |
| **Registration Number** | 2509383 |
| **Registration Date** | November 20, 2001 |
| **Owner** | (REGISTRANT) SXSW, INC. CORPORATION TEXAS P.O. Box 4999 Austin TEXAS 78765 |
| **Attorney of Record** | Shannon T. Vale |
| **Prior Registrations** | 2043596;2313345 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Nov 15 04:35:46 EST 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | SXSWEEK |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational and entertainment services, namely conducting conferences, festivals and seminars in the fields of music, film, video, computer and multimedia. FIRST USE: 19950800. FIRST USE IN COMMERCE: 19950800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75497090 |
| **Filing Date** | June 3, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 9, 1999 |
| **Registration Number** | 2313345 |
| **Registration Date** | February 1, 2000 |
| **Owner** | (REGISTRANT) SXSW, Inc. CORPORATION TEXAS P.O. Box 4999 Austin TEXAS 78765 |
| **Attorney of Record** | Shannon T. Vale |
| **Prior Registrations** | 2043596 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100122. |
| **Renewal** | 1ST RENEWAL 20100122 |
| **Live/Dead Indicator** | LIVE |


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Nov 15 04:35:46 EST 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# SXSWORLD

| | |
|---|---|
| **Word Mark** | SXSWORLD |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable electronic magazines featuring entertainment content and news, commentary, and information about the entertainment, media, information technology and multimedia technology industries. FIRST USE: 20061100. FIRST USE IN COMMERCE: 20061100<br><br>IC 041. US 100 101 107. G & S: Providing online electronic magazines featuring entertainment content and news, commentary, and information about the entertainment, media, information technology and multimedia technology industries. FIRST USE: 20061100. FIRST USE IN COMMERCE: 20061100 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 SXS Two letters or combinations of multiples of two letters |
| **Serial Number** | 78946819 |
| **Filing Date** | August 7, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 11, 2007 |
| **Registration Number** | **3494119** |
| **Registration Date** | August 26, 2008 |
| **Owner** | (REGISTRANT) SXSW, Inc. CORPORATION TEXAS P. O. Box 4999 Austin TEXAS 78765 |

| | |
|---|---|
| **Attorney of Record** | Shannon T. Vale |
| **Prior Registrations** | 2043596;2313345 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Nov 15 04:35:46 EST 2011

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# SXSWORLD

| | |
|---|---|
| **Word Mark** | SXSWORLD |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Magazines featuring entertainment content and news, commentary, and information regarding the entertainment, media, information technology and multimedia technology industries. FIRST USE: 20061000. FIRST USE IN COMMERCE: 20061000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 SXS Two letters or combinations of multiples of two letters |
| **Serial Number** | 78946808 |
| **Filing Date** | August 7, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 18, 2007 |
| **Registration Number** | **3348560** |
| **Registration Date** | December 4, 2007 |
| **Owner** | (REGISTRANT) SXSW, Inc. CORPORATION TEXAS P.O. Box 4999 Austin TEXAS 78765 |
| **Attorney of Record** | Shannon T. Vale |
| **Prior** | 2043596;2313345 |

| | |
|---|---|
| **Registrations** | |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Nov 15 04:35:46 EST 2011*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# SXSWEDU

| | |
|---|---|
| **Word Mark** | SXSWEDU |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational and entertainment services, namely conducting conferences and seminars in the fields of education and technology. FIRST USE: 20101004. FIRST USE IN COMMERCE: 20101004 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85144600 |
| **Filing Date** | October 4, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 15, 2011 |
| **Registration Number** | **3970209** |
| **Registration Date** | May 31, 2011 |
| **Owner** | (REGISTRANT) SXSW, Inc. CORPORATION TEXAS P.O. Box 4999 Austin TEXAS 78765 |
| **Attorney of Record** | Alison D. Frey |
| **Prior Registrations** | 2043596;2509383;3773290;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator**   LIVE

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ TOP ] [ HELP ]

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**